14

2/5/73

AIRTEL

TO:        ACTING DIRECTOR, FBI (66-2542-11-34)

FROM:      SAC, NEW YORK [                    ]                              b7D

SUBJECT:   TOP ECHELON CRIMINAL
           INFORMANT PROGRAM
           NEW YORK DIVISION

          The following is a summary of accomplishments
of the TECIP for the month ending 1/31/73.  Also set forth
are the number of PC's, CTE's, [          ] sources and
[          ] targets.                                                        b7D

          PC's AND CTE's

          As of 1/31/73, the NYO had [    ] CTE's and [    ] PC's.

          [          ] SOURCES AND [          ] TARGETS

          As of 1/31/73, the NYO had [          ] sources
and [          ] targets.

                                                                            b7D

2-Bureau
1-New York
GTB:mmg
(11)

SEARCHED _____
SERIALIZED _____
INDEXED _____
FILED _____

Clemente (II)-328

b7D

## ACCOMPLISHMENTS

NY 3461-C-TE furnished information leading
to the recovery of $350,000 in stolen jewelry.

b6
b7C
b7D

- 2 -

Clemente (II)-329

b7D

b6
b7C
b7D

NY 3461-C-TE advised that on 1/10/73, a meeting took place which was attended by most of the active soldiers in the COLOMBO family of LCN. At this meet it was "officially" announced that the "family" was now structured as follows:

Boss – THOMAS DI BELLA; Underboss – ANTHONY ABBETEMARCO; CONSIGLIERI – Not appointed to date; Captains – "JIGGS" FORLANO; ALPHONSE PERSICO; MIMI SCIALO; CHARLES

– 4 –

b7D

PANARELLA; JOSEPH BRANCATO and TOOTIE LOMBARDINO
(from New Jersey).

NY 3461-C-TE said the following are now
considered "soldiers" not withstanding their former
positions:

(CARMINE PERSICO and JOSEPH YACOVELLI's names
were not mentioned).

VINCENT ALOI, DICK FUSCO, ERNIE LA PONZINA,
JOHN ODDO, SONNY FRANZESE, SAL PROFACI, JR., ROCCO
MIRAGLIA and NICK BIANCO.

To date all soldiers have not been assigned
to specific captains but this is expected to be done
shortly.

b6
b7C
b7D

## EFFORTS TO EXPAND COVERAGE

Intelligence, substantive and informant
files of the Criminal Intelligence Squads are currently
under review to select targets for the TECIP and
additional targets have been selected to increase
TECIP coverage.



OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA FPMR (41 CFR) 101-11.6

UNITED STATES GOVERNMENT

*Memorandum*

TO     :          SAC [          ]                    **DATE:**    7/31/73

FROM   :          SUPERVISOR [          ] #52

SUBJECT: [          ]

Informant was contacted on 7/20/73 and
7/26/73 and he furnished the following information:

Source furnished the following breakdown
of active members and associates in the COLOMBO family
of LCN (members designated by asterisk*):

|          |          |
|----------|----------|
| Boss     | THOMAS DI BELLA |
| Underboss | ANTHONY ABBATEMARCO |
| Consiglieri | ALPHONSE PERSICO |

I.   Capo                    [          ]

Crew Members

ROCCO MIRAGLIA*

[          ]

GREGORY SCARPA*
SALVATORE SCARPA*
JOSEPH DE DOMENICO

[          ]

ERNEST LA PONZINA*
ANTHONY LA PONZINA *

[          ]

GEORGE TROPIANO*
RALPH TROPIANO*
NICK SORRENTINO*
JOSEPH GENTILE
FRANK RICHARD FUSCO*

92-3196-499



Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan

5010-106

b7D

b6
b7C



SALVATORE FUSCO
BENNY LO CICERO*
FRANK LO CICERO*

FRED CLEMENZA*
JAMES CLEMENZA*

II.   Capo                    DOMINICK SCIALO

<u>Crew Members</u>

SAL PERITORE*

FRANK MUSACCHIO*
MIKE SAVINO*

HARRY FONTANA*
PHILIP FONTANA*
JOHN FONTANA*

b6
b7C

III.  Capo                    JOSEPH BRANCATO

<u>Crew Members</u>

ANTHONY PERAINO*
JOSEPH PERAINO*

b6
b7C

- 2 -

b7D

ANTHONY AUGELLO*
JOSEPH VITACCO*

b6
b7C

TUTTI FRANZESE

IV.  Acting Capo

Crew Members

LEONARD DELLO*

RALPH SPERO*

b6
b7C

SALVATORE ALBANESE*

TONY RICCIARDI*

SALVATORE MINEO*
JOSEPH YACOVELLI*
JAMES SCIANNA*
ANTHONY SCIANNA*

V.  Capo            NICHOLAS FORLANO

Crew Members

VINCENT ALOI

b6
b7C

VI.  Capo            SALVATORE LOMBARDINO

Crew Members (to extent known)

- 3 -

b7D

SALVATORE PROFACI, JR.

b6
b7C

ROSARIO LOMBARDINO
PAUL LOMBARDINO

JOHN MISURACA

Source advised that HARRY FONTANA, BIG
JOHN MISURACA, [          ], VINCENT RANDAZZO,
BENEDETTO D'ALESSANDRO, CHARLES MINEO, [          ]
and VINCENT MANGANO are all inactive in LCN circles.

b6
b7C

Source stated that old LORENZO LAMPASI, SR.
died several months ago. Also that [          ]
has been transferred to the GAMBINO crew. Source
unaware of any specific illegal activities of THOMAS
DI BELLA or his new address. JOHNNY BATH BEACH ODDO
answers directly to the Boss, DI BELLA, and no longer
has a crew other than [          ]. The feeling is
prevalent also that JOE COLOMBO made the biggest
mistake of his life by creating the IACRL and taking on
the FBI.

b6
b7C

Informant reiterated that the balance of
power rests with the PERSICO faction and that [          ]
[          ] is still calling the shots in the family.

b6
b7C

He stated further that [          ]
[          ], is very well thought
of and respected not only by the COLOMBO members but by
leading LCN figures throughout the country. [          ]
was on a first name basis with many of these out of town
chiefs since he often accompanied [          ] on trips
Source advised that [          ] could conceivably make a
good compromise boss in the future, particularly in
view of his low profile, lack of arrest record, wealth
and string of legitimate enterprises.

b6
b7C

Source advised that [          ]

b6
b7C
b7D



FD-204 (Rev. 3-3-59)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

Copy to:      1 - Strike Force, EDNY

Report of:

Date:      AUG ⎯ ⎯ 1973          Office:   New York, New York

Field Office File #:   92-2723          Bureau File #:   92-6611

Title:      THOMAS DI BELLA

Character:      ANTI-RACKETEERING                  b6
                                                                 b7C

Synopsis:      Subject continues as Boss of the JOSEPH COLOMBO
La Cosa Nostra (LCN) Family. [          ] has mentioned to several people that
[          ] THOMAS DI BELLA, is the Boss of the Family.
[          ] himself, however [          ] THOMAS
DI BELLA is generally considered a good choice for Boss because
of his age, experience and desire to quell feuds within the
Family. DI BELLA is reportedly getting a cut of all COLOMBO
Family operations, but he does not appear to be personally
involved in any illegal activity. DI BELLA has been observed
by SAS of the FBI in the company of ANTHONY ABBATEMARCO, reported
underboss of the COLOMBO Family.

-P-

## DETAILS:

     On June 4, 1973, NY T-1 advised that THOMAS DI BELLA
had been designated permanent new Boss of the COLOMBO La Cosa
Nostra (LCN) Family by CARLO GAMBINO. On July 12, 1973, NY T-2
confirmed the above.

     On June 4, 1973, NY T-1 further advised that [          ]
[          ] had informed certain individuals
that [          ] THOMAS DI BELLA, was the new head of the
COLOMBO Family. On June 22, 1973, NY T-3 advised that [          ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

NY 92-2723

On June 14, 1973, NY T-4 advised that DI BELLA is considered a good choice for Boss inasmuch as he has been around for a long time and has a great deal of experience. Furthermore, it is felt that due to his age, DI BELLA will not be overly ambitious but will be more anxious to settle various disputes that arise within the Family in a "fair" manner.

On June 19, 1973, NY T-5 advised that THOMAS DI BELLA had been seen occasionally in the Red Hook Section of Brooklyn, but that he does not go to President Street which is the area frequented by the GALLO faction of the COLOMBO Family.

On June 22, 1973, NY T-3 advised that THOMAS DI BELLA is getting a cut of all illegal operations being conducted by members of the COLOMBO LCN Family because he is the "Boss". According to the source, however, DI BELLA does not appear to be personally involved in any illegal activity.

On June 12, 1973, THOMAS DI BELLA was observed by a Special Agent (SA) of the Federal Bureau of Investigation (FBI) in conversation with ANTHONY ABBATEMARCO in front of ABBATEMARCO's residence on 83rd Street in Brooklyn, New York.

On July 19, 1973, DI BELLA was observed by an SA of the FBI entering the residence of ANTHONY ABBATEMARCO, 1126 83rd Street, Brooklyn, New York. DI BELLA drove to ABBATEMARCO's in his 1968 brown Cadillac accompanied by his wife. Mrs. DI BELLA remained in the car while the subject entered ABBATEMARCO's residence where he remained from 9:41 am, to 10:06 am, at which time he departed, re-entered his car and drove off.

On August 7, 1973, NY T-3 advised that THOMAS DI BELLA was still Boss of the COLOMBO LCN Family.

17

Case 1:85-cr-00139-KTD Document 359-2 Filed 07/13/15 Page 15 of 52

FD-204 (Rev. 3-3-59)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

| | |
|---|---|
| Copy to: | 1-Strike Force, EDNY |
| Report of: | |
| Date: | JAN 8 1974 |
| Field Office File #: | 92-2723 |
| Title: | THOMAS DI BELLA |

Officer New York, New York

b6
b7C

Bureau File #: 92-6611

Character: ANTI-RACKETEERING

Synopsis:

On 9/19/73, THOMAS DI BELLA moved from his former residence at 80 Lovelace Ave., SI, NY, to 18 Adlai Circle, SI, NY. He is currently residing at the latter address. Results of physical surveillances and interviews related to same set forth. Subject continues to consolidate his position as "boss" of the JOSEPH COLOMBO LCN family. Results of interviews of subject set forth.

-P-

DETAILS:

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U. S. GOVERNMENT PRINTING OFFICE : 1970  O - 406-840

NY 92-2723

## III.  Subject's Position Within the Family

On September 13, 1973, NY T-2 advised that THOMAS DI BELLA is consolidating his power as the true boss of the JOSEPH COLOMBO La Cosa Nostra (LCN) family although the PERSICO sympathizers are still very influential.  According to the source, it has become apparent that CARMINE PERSICO can not control the family from his jail cell in view of his brother's, ALPHONSE PERSICO's, ineffectiveness.

## IV.  Interviews of Subject



FD-204 (Rev. 3-3-59)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

Copy to:  1 - Strike Force, EDNY  (COLOMBO Family)

b6
b7C

Report of:

Date:  July 26, 1974                    Office:  New York

Field Office File #:  92-2723           Bureau File #: 92-6611

Title:  THOMAS DI BELLA

Character:  ANTI - RACKETEERING )

b3

Synopsis:                        continues to maintain residence at

EDNY )

-P*-

DETAILS:

All sources whose identities are concealed in this communica-
tion have furnished reliable information in the past.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents
are not to be distributed outside your agency.

NY 92-2723

On January 8, 1974, NY T-1 advised that CARLO GAMBINO was exerting considerable influence on all the other La Cosa Nostra (LCN) Families in New York City, in particular, the JOSEPH COLOMBO Family whose boss, THOMAS DI BELLA, was considered too cautious to exert any real power.

On June 7, 1974, NY T-2 advised that one of the reasons THOMAS DI BELLA was made "boss" of the COLOMBO Family was because of his close friendship with CARLO GAMBINO. GAMBINO had threatened to take over the entire Family if a boss was appointed who he found unsuitable.

On January 16, 1974, NY T-3 advised that DI BELLA seems to be doing a very good job of keeping the COLOMBO Family together. Source advised that DI BELLA was well liked and respected by the members of the COLOMBO Family.

On March 14, 1974, NY T-4 advised that THOMAS DI BELLA was firmly established as boss of the COLOMBO Family.

On May 30, 1974, NY T-5 confirmed that DI BELLA was still boss, and that ANTHONY ABBATEMARCO was the under-boss of the COLOMBO Family.



FD-263 (Rev. 1-7-72)

# FEDERAL BUREAU OF INVESTIGATION

| REPORTING OFFICE | OFFICE OF ORIGIN | DATE | INVESTIGATIVE PERIOD |
|---|---|---|---|
| NEW YORK | NEW YORK | 7/26/74 | 1/3/74 - 7/12/74 |

| TITLE OF CASE | REPORT MADE BY | | TYPED BY |
|---|---|---|---|
| THOMAS DI BELLA aka | | | |
| | CHARACTER OF CASE | | |
| | AR; Contempt of Court | | |

b6
b7C

## REFERENCE

New York report of SA [          ] 1/8/74;
New York airtels to the Bureau, 2/21/74 and 5/6/74;
New York nitels, 6/10/74, 6/14/74, 6/27/74 7/5/74,
7/10/74 and 7/12/74.

-P*-

b6
b7C

## ADMINISTRATIVE

Case being placed in a P* status because the subject
is currently incarcerated.

| ACCOMPLISHMENTS CLAIMED | | | | □ NONE | ACQUIT-TALS | CASE HAS BEEN: |
|---|---|---|---|---|---|---|
| CONVIC. | FUG. | FINES | SAVINGS | RECOVERIES | | PENDING OVER ONE YEAR ☒YES □NO |
| 1 | | | | | | PENDING PROSECUTION OVER SIX MONTHS □YES ☒NO |

| APPROVED | SPECIAL AGENT IN CHARGE | DO NOT WRITE IN SPACES BELOW |
|---|---|---|

COPIES MADE:

92 - 6611 39      REC

AUG 1 1974

3 - Bureau (92-6611) (D*)
1 - Strike Force, EDNY
    (COLOMBO Family)
3 - New York (92-2723)
    (1 - 92-1965 Sub A)

b7C

| Dissemination Record of Attached Report | | | Notations |
|---|---|---|---|
| Agency | | | |
| Request Recd. | CC, AAG, Criminal Division; | | |
| Date Fwd. | Organized Crime & Racketeering | | |
| How Fwd. | Section, Room | | |
| By | 8 AUG 28 1974 | | |

-A-
COVER PAGE

NY 92-2723

INFORMANTS   (continued)

| | |
|---|---|
| NY T-2 | Special Agent |
| NY T-3 | Special Agent JACK H. LUPTON |
| NY T-4 | Special Agent |
| NY T-5 | Supervisor |

b6
b7C
b7D

The following information received from informants
is being placed in the administrative section by virtue of
its extremely sensitive and singular nature:

On January 14, 1974, [                    ] advised that THOMAS                b7D
DI BELLA had been heard to remark that he should have had his
"head examined" for taking over as boss of the COLOMBO La
Cosa Nostra (LCN) Family.  DI BELLA was also overheard saying
that he would not forget the disrespect which had been shown
him in the past by ALPHONSE PERSICO and other members of the
COLOMBO Family.

On February 11, 1974, [              ] advised that                b6
THOMAS DI BELLA was meeting regularly with members of the                b7C
COLOMBO Family at the Grotta D'Oro Restaurant, Brooklyn, New                b7D
York.  The informant advised that THOMAS DI BELLA had fully
established himself as the Head of the Family, but that he
had been having some problems with [              ]
a Capo in the Family from Staten Island.

On February 27, 1974, [              ] advised that
DI BELLA had stated at a recent party that he did not intend
to honor a subpoena which he had received commanding him to
appear at the Eastern District of New York.

NY 92-2723

INFORMANTS  (continued)

On June 12, 1974, [                    ] advised that the
subject is "an old timer" and is "well respected" by the
wiseguys.  The source stated that DI BELLA was made Boss
of the Family in an attempt to "settle things down and bring
the Family members together".  Informant advised that all
the "wiseguys" were very concerned about the Court problems
that DI BELLA was having and everyone was "standing by" to
see what would happen to him.  Source further stated that
ANTHONY ABBATEMARCO was handling all the problems in connection
with Family matters because of DI BELLA's legal entanglements.
The source stated that things in the COLOMBO Family were very
unsettled because of DI BELLA's court battle.

b7D

On June 25, 1974, [                    ] advised that
ANTHONY ABBATEMARCO and THOMAS DI BELLA had recently had a
meeting in order to make arrangements for ABBATEMARCO to
take over leadership in the Family when DI BELLA was to be
incarcerated.  Among those present in addition to ABBATEMARCO
and DI BELLA were SALVATORE ALBANESE and [            ]
The source advised that ABBATEMARCO was complaining about
"too much to handle now" since DI BELLA's immobilization.
ABBATEMARCO was heard to say that the job was too much for
one man to handle.

b6
b7C
b7D

On July 11, 1974 [                ] confirmed that
ABBATEMARCO was slated to take over the job of boss if and
when DI BELLA went to jail.  It was the general feeling
within the Family that the underboss position would then
probably remain vacant.

On June 28, 1974, [                ] advised that THOMAS
DI BELLA [

]

-D-
COVER PAGE

20

PLAINTEXT                        9/11/74 /W

NITEL

TO:        DIRECTOR, FBI (92-5509)

FROM:      SAC, NEW YORK (92-1965)

           JOSEPH ANTHONY COLOMBO, AR.

           PAST SEVERAL DAYS, COLOMBO MEMBER SOURCE NY 3461-CTE

ADVISED OF IMMINENT CHANGES IN HIERARCHY OF COLOMBO LCN FAMILY

DUE TO PENDING PROSECUTIVE PROBLEMS OF CERTAIN FAMILY LEADERS.

THIS DATE SOURCE ADVISED THAT CAPOREGIME JOSEPH BRANCATO HAS BEEN

APPOINTED ACTING BOSS IN VIEW OF THOMAS DI BELLA'S INCARCERATION

FOR CONTEMPT.   UNDERBOSS, ANTHONY ABBATEMARCO, HAS BEEN DESIGNATED

ACTING CONSIGLIERE IN VIEW OF CHARLIE MOOSE PANARELLA'S PENDING

STATE GUN CHARGES AND FEDERAL GRAND JURY IMMUNITY PROCEEDINGS

RESULTING FROM RECENT NYO TITLE 3.   ROCKY MIRAGLIA HAS BEEN NAMED

TO TAKE OVER PANARELLA'S STATEN ISLAND CREW AND SA     YORE

HAS BEEN NAMED ACTING CAPOREGIME                                              b6
                                                                             b7C
BEGAN SERVING FEDERAL PERJURY SENTENCE THIS WEEK.   NYO SURVEILLANCES

LAST THREE DAYS HAVE PUT ABBATEMARCO, BRANCATO AND OTHERS TOGETHER

AT VARIOUS LOCATIONS AT HEAVY MEETINGS.   ADDITIONALLY, OPEN STRIFE

BETWEEN THE OLD GALLO FACTION,                                               b6
                                                             WHICH            b7C
AND THE REBEL GALLO FACTION HEADED BY JOHN MOONEY CUTRONE, HAS NOW

SIDED WITH THE PERSICO ELEMENT, CONTINUES IN BROOKLYN.

1-92-5954
0-137-6684
1-#52
RJT:lm
(4)                                          AB   AB

                                                       RT

                               137-66684-1710

PAGE TWO

THE ONLY REMAINING HOODLUMS OF ANY STATURE FAITHFUL TO GALLO HAVE
BEEN SHOT IN THE PAST THREE DAYS, [                    ]                    b6
                                                                            b7C
[                                                                    ]

[                                                      ]     NYO HAS INITIATED AN
INTERVIEW AND GRAND JURY PROGRAM DESIGNED TO CAPITALIZE ON THE
ABOVE SITUATIONS FROM THE STANDPOINT OF DEVELOPING FURTHER
INTELLIGENCE OR INFORMANT COVERAGE.

    BUREAU WILL BE KEPT ADVISED OF DEVELOPMENTS.

    IT SHOULD BE EMPHASIZED FROM INVESTIGATION AND CONTACT
WITH ALL KNOWLEDGEABLE SOURCES THE RECENT RASH OF GANGLAND
SLAYINGS IN AND AROUND BROOKLYN ARE INDICATIVE OF ONLY THE GALLO
INTER-FACTIONAL WAR AND NOT OF ANY ATTEMPT BY MAJOR LCN FIGURES
TO TAKE OVER THEIR OWN OR OTHER FAMILIES.

21

SAC [_____]                              3/7/74          b6
                                                                    b7C
SA [_____] (#52)                                         b7D

[_____]

On 3/4/74, source was contacted and furnished
the following information:

ALPHONSE PERSICO aka
AR
NY 92-6703

Source advised that there are numerous indications
of trouble brewing in the family since JOE YACOVELLI's
return.  A couple of months ago YACOVELLI sent word to
PERSICO that [_____]
[_____]

YACOVELLI told PERSICO that he (YACOVELLI) is a boss and
when he needs things, people are to respond.

YACOVELLI and [_____] are extremely          b6
close and in fact it was [_____] who pushed YACOVELLI   b7C
for the leadership of the family when JOE COLOMBO was shot.        b7D
[_____] told other members of the family that "JOE YAK"

Source advised that "wise guys" in other families
hold the COLOMBO "Family" and specifically [_____]
responsible for numerous troubles that the LCN has come upon
in recent times.

Source further stated that "ALLIE BOY" will be
lucky th have anything when he gets out of jail.

1 - 92- 3196 (YACOVELLI)
1 - 92-2895
1 -TECIP

[_____]
(4)

92- 3196 - 539
52

22




FD-209 (Rev. 11-24-72)
OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN FPG NO. 27

5010-106

## UNITED STATES GOVERNMENT

# *Memorandum*

TO  : SAC    137-6684                    DATE:  **11/4/74**

FROM  :  SA  [                    ]  #52                      b6
                                                              b7C

SUBJECT:    **3461-C-TE**

---

**Dates of Contact**

10/31/74

File #s on which contacted (Use Titles if File #s not available or when CI provides positive information)

Joseph Colombo   AL   92-1165
Dominick Scialo  AL   92-2107
Joseph Brancata  AL   92-3159
etal:

---

**Purpose and results of contact**

☐ NEGATIVE
☒ POSITIVE
☐ STATISTIC

Source advised regarding the body found buried along side DOMINICK SCIALO last month by the FBI that he heard the following story from very reliable sources:

The individual murdered was named (FNU) COCCHIO, a kid who was murdered about 10 years ago at the request of JUNIOR PERSICO to JOE COLOMBO who ordered the hit. Source heard that COCCHIO apparently had killed a relative of PERSICO in a bar fight. COCCHIO was grabbed off the street in Bay Ridge by NICK BIANCO and GREGORY SCARPA who administered a severe beating to COCCHIO ██████████████████. COCCHIO was then taken to the garage adjacent to [          ] residence on ████████ Brooklyn, where source heard he was killed by

b6
b7C

☐ POSITIVE ASSIGNMENT GIVEN (Ghetto only)

Has informant shown any indication of emotional instability, unreliability or furnishing false information?                     No

☒ Informant certified that he has furnished all information obtained by him since last contact, including information concerning narcotics.      Coverage

**PERSONAL DATA**

CHIEF CLK
POST

AR
137-6684-1718
11/ 1974

| | | |
|---|---|---|
| 1-92-1965 | 1-92-3171 | 1-92-2729 |
| 1-92-2657 | 1-92-3187 | 1-92-3200 |
| 1-92-3189 | 1-92-6754 | 1-92-3407 |
| 1-92-4850 | 1-92-2107 | 1-92-2668 |
| 1-92-2895 | 1-182-120 | 1-92-5084 (C) |
| 1-TECIP | RJT:lm | (17) |

NY 137-6684

DUKE SANTORO with one bullet in the head.  The body was put
back in BIANCO's car and delivered to PERSICO's crew
Downtown who in turn apparently buried the body in the
basement of the social club. (NYCPD advised of identity of body)
etc)

## NO DISSEMINATION OR USE WHATSOEVER OF THIS
## INFORMATION SHOULD BE MADE WITHOUT PRIOR
## DISCUSSION WITH DESK 52.

Source heard that NICKY MAINEELO recently released
from Danbury Prison is the subject of a sit down between
CHARLIE MOOSE PANARELLA, his Captain, and
representing CARLO GAMBINO.  MAINELLO's handbook operation had
been taken over by GAMBINO's people while he was in prison
and MAINELLO and PANARELLA feel that it should be returned
to the COLOMBO Family.  Source also heard that MAINELLO was
called in by PANARELLA to explain his part in the recent
securities indictment which the FBI obtained against MAINELLO
and others.

Source heard that TONY LA PONZINA is dealing in swag
and that MOOSE PANARELLA is pretty much staying on his own
in and around his work site in Staten Island after having put
out the word for everybody to stay away from him because of the
FBI's investigative pressure.

The word on the street is that the PERSICO faction is
"out" in COLOMBO power circles and that JOE BRANCATO appears
to be the low key figure the Family has been seeking as a
leader for several years.  MOONEY CUTRONE is back in the fold
and is assigned under Captain JIMMY MUCE.  Source heard also
that ANDREW RUSSO is moving very big on Long Island in many
legitimate ventures and that RUSSO is quite close to JOE BRANCATO
also.

Source advised that a young hood nicknamed
who

Source stated
by GENOVESE Captain GUS FRASCA.  Source knows of no further
specifics with regard to this operation.

(Above was disseminated to US Secret Service, 11/4/74,
by the writer.)

-2-

b6
b7C

b6
b7C

23

OPTIONAL FORM NO. 10
JULY 1973 EDITION
GSA FPMR (41 CFR) 101-11.6

## UNITED STATES GOVERNMENT

# *Memorandum*

TO      :        SAC [          ]                    DATE:   6/5/74          b6
                                                                            b7C
                                                                            b7D

FROM   :.        SUPV. [          ]          #52

SUBJECT:         [          ]


On 5/30/74, source furnished the following up-to-date breakdown of members (*) and associates in the COLOMBO LCN Family:

Boss                        THOMAS DI BELLA.
Underboss                   ANTHONY ABBATEMARCO
Consigliere                 ALPHONSE PERSICO                    b6
Acting Consigliere                                              b7C

Captain— [          ]

ERNIE LAPONZINA*            JOHN SAPONARO
GREGORY SCARPA*
ROCCO MIRAGLIA*            SALVATORE FUSCO
JOSEPH GENTILE             BENNY LO CIGERO*

ANTHONY LAPONZINA*         JOHN COIRO
                          ALBERT MUGNOLO
TOMMY BARBUSCA
                          FRED CLEMENZA*
(FNU) [          ]         (LNU)*

Captain - VINCENT "JIMMY" MUCE

SALVATORE PERITORE*
                          PHILIP FONTANA*
MIKE SAVINO*              JOHN FONTANA*
                          (LNU) (nephew of the

                          92--3196-570
                          88-14794-627

1-Each Case File *Yacovelli*
1-TECIP                   SEARCHED____
                          SERIALIZE[  ]
                          #52 JUN 11 1974

Buy U.S. Savings Bonds Regularly on the Payroll

5010-110

FD-302 (REV. 11-27-70)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____ 6/7/74

        A confidential source advised that based upon con-
versations with and observations of ANTHONY ABBATEMARCO and
SALVATORE ALBANESE on numerous occasions over the past year,
that ANTHONY ABBATEMARCO and SALVATORE ALBANESE are currently
conducting the daily operation of the COLOMBO "Brugad,"
(source's English translation-"family"), an organized criminal
association. Source stated the COLOMBO "Brugad" or "family"
formerly the PROFACCI "Brugad," is one of numerous criminal
associations, commonly referred to by the media as the "La
Cosa Nostra" or "Mafia," operating throughout the United States,
whose function is to accumulate power and wealth through
criminal activity. Source stated that COLOMBO "Brugad" is
structured as follows: Boss (currently THOMAS DI BELLA),
Underboss (currently ANTHONY ABBATEMARCO), Consigliere
(currently ALPHONSE PERSICO), Capos or Lieutenants (currently
include CHARLES PANARELLA, also known as "Moose"; JOSEPH
BRANCATO, and others), and members or soldiers and that the
"family's" regular activities include illegal gambling, loan-
sharking, cigarette smuggling, narcotics, and infiltration of
labor unions and private sanitation businesses. Source
advised that due to THOMAS DI BELLA's age, ANTHONY ABBATEMARCO
has assumed many of the powers and responsibilities of the boss,
including the direction of the overall family policy. Source
further advised that SALVATORE ALBANESE is ANTHONY ABBATEMARCO's
enforcer who assists ABBATEMARCO in the conduct of the "family's"
affairs.

        Also on June 5, 1974, source advised that within the
past six months, on several occasions, ANTHONY ABBATEMARCO has
expressed concern that the FBI or the police were "bugging" his
telephone and residence and as a result ABBATEMARCO has stated
he will discuss "family" business only when in a safe place,
such as public restaurants, the street, or his or a trusted
"member's" automobile. Source further advised that he has
observed ANTHONY ABBATEMARCO and SALVATORE ALBANESE together on
numerous occasions within the last six months either in ABBATEMARCO's
Chevrolet or ALBANESE's Buick, and as a result of conversations
with the aforesaid subjects during the aforesaid time period,
source has determined the subjects utilize their aforesaid personal

Interviewed on __6/5/74__ at __New York, New York__    File # _____

by ___SA_____/mc    Date dictated __6/6/74__

b6
b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.



OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA FPMR (41 CFR) 101-11.6

UNITED STATES GOVERNMENT

# Memorandum

TO  :     SAC  (137-6684)                    DATE:   8/30/74

FROM  :   SA [          ]  (#52)                                        b6
                                                                       b7C

SUBJECT:   JOSEPH COLOMBO, SR.
           AR – CONSPIRACY
           (92-1965)


          On 8/29/74, NY 3461-C-TE advised that there has been
a re-organization of the COLUMBO LCN family, with the following
changes:

          ROCCO MIRAGLIA is acting captain for CHARLEY MOOSE;
          JOSEPH BRANCATA is acting boss for THOMAS DI BELLA;
          ANTHONY ABBATEMARCO is acting captain for ALPHONSE
          PERSICO.

          Source further advised that there is to be additional
changes and that these will be provided to Bureau as they
occur.

          This information should not be disseminated outside
the Bureau as this information is very singular in nature.


1 – 92-2723  (DI BELLA)
1 – 92-

WLF:mmz
(4)

137-6684-1711
52

                                                                       b6
                                                                       b7C



*Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan*

24

FD-263 (Rev. 1-7-72)

# FEDERAL BUREAU OF INVESTIGATION

| REPORTING OFFICE | OFFICE OF ORIGIN | DATE | INVESTIGATIVE PERIOD |
|---|---|---|---|
| NEW YORK | NEW YORK | MAR 1 ρ 1975 | 7/15/74 - 3/3/75 |

| TITLE OF CASE | REPORT MADE BY | TYPED BY |
|---|---|---|
| THOMAS DI BELLA | CHARACTER OF CASE  AR | |

## REFERENCES

b6
b7C

NYrep of SA [                    ] dated 7/26/74
NYlet to Bureau, dated 1/20/75,
NYairtel to Bureau, dated 2/25/75,
NYairtel to Bureau, dated 3/4/75.

- P* -

## ADMINISTRATIVE

The investigative period of this report is somewhat
lengthy in order to include information developed while the
subject was incarcerated and this case is in a P* status.

In view of the subject's current incarceration,

| ACCOMPLISHMENTS CLAIMED | | | | ☐ NONE | ACQUIT-TALS | CASE HAS BEEN |
|---|---|---|---|---|---|---|
| CONVIC. | FUG. | FINES | SAVINGS | RECOVERIES | | PENDING OVER ONE YEAR ☒YES ☐NO |
| 1 | | | | | | PENDING PROSECUTION OVER SIX MONTHS ☐YES ☒NO |

| APPROVED | SPECIAL AGENT IN CHARGE | DO NOT WRITE IN SPACES BELOW |
|---|---|---|

COPIES MADE:
3-Bureau (92-6611)
1-Strike Force, EDNY (COLOMBO Family)
1-USA, EDNY
1-Strike Force, SDNY
1-USA, SDNY
3-New York (92-2723)
  (1-92-1965 Sub A)

92-6611—4/3

b6
b7C

☒ MAR 20 1975

EX 104

| Dissemination Record of Attached Report | | Notations |
|---|---|---|
| Agency | | |
| Request Recd. | Division, Organized Crime | |
| Date Fwd. | & Racketeering Section, | |
| How Fwd. | Room 4407 | |
| By | | |

- A -
COVER PAGE

NY 92-2723

ADMINISTRATIVE (Cont'd)

this case is again being placed in a P* status.

        Close contact has been maintained with [                    ]
Strike Force, SDNY, in order to insure that this matter receives
continuing priority attention.

b6
b7C

        The original surveillance logs containing details of
surveillances referred to in this report are located in NYfile
92-2723 Sub A.

INFORMANTS

b6
b7C
b7D

        On 7/24/74, [                ] advised that on 7/11/74,
THOMAS DI BELLA had a meeting at the Hofbrau Restaurant in
Brooklyn, NY, with ANTHONY ABBATEMARCO, SALVATORE ALBANESE,
JOSEPH BRANCATO, [            ] and [            ] In-
formant advised at that time that ABBATEMARCO had been desi-
nated "acting boss" of the COLOMBO Family, in view of DI BELLA's
pending jail term.

        Informant further advised that same day that DI BELLA
had visited ABBATEMARCO at the latter's residence on 7/15/74.

        On 8/12/74, [                ] advised that TONY PERAINO
is in contact with incarcerated COLOMBO Boss, THOMAS DI BELLA,
and is attempting to get DI BELLA's approval to "wack out"
[                        ] Source advised that PERAINO be-
lieved that he had all the evidence necessary to show that
[                ] was incompetent and had committed acts against
the past interests of the Family.

b6
b7C
b7D

        On 8/29/74, [                ] advised that there had
been a re-organization in the COLOMBO LCN Family with the
following changes:

NY 92-2723

ADMINISTRATIVE (Cont'd)

_____ b6
    JOSEPH BRANCATO is acting boss for THOMAS DI BELLA;    b7C
ANTHONY ABBATEMARCO is acting captain for ALPHONSE
PERSICO.

    On 10/9/74, _____ advised that _____

                                                            b7D

    On 12/27/74, _____ advised _____

                                                            b7D

    On 1/8/75, _____

                    - C -
                  COVER PAGE

NY 92-2723

ADMINISTRATIVE (Cont'd)

On 1/27/75            advised                    b7D

The informant advised that since DI BELLA is
permanent Boss of the COLOMBO Family, ABBATEMARCO, their
underboss and formerly acting boss before JOSEPH BRANCATO,
( a former captain), was made acting boss, no major deci-
sions would be made without consultation among the triad.
The informant went on to say, however, that DI BELLA and
ABBATEMARCO are practically immobile as a result of legal
problems and "FBI heat"; therefore, BRANCATO is handling
all the routine decisions and meets on the street level.
The source went on to say that contact between the COLOMBOs
and GAMBINOs is frequent and that meetings occur between
ANTHONY ABBATEMARCO and CARLO GAMBINO every two or three
weeks.

On 2/14/75,            advised that JAMES             b7D
"Jimmy the Bat" CARDELLA, died on Sunday night, 2/25/75.
The entire COLOMBO Family turned out for the wake including
TOMMY DI BELLA and ANTHONY ABBATEMARCO.

On 2/17/75,            advised that DI BELLA
had recently been seen in public frequenting the Diplomat
Lounge and Monte's in Brooklyn, NY.





**UNITED STATES DEPARTMENT OF JUSTICE**

FEDERAL BUREAU OF INVESTIGATION
New York, New York
March 1, 1975

b2 -1,2

CONF INF

NEW YORK SYMBOL NUMBER
NEW YORK FILE NUMBER
BUREAU FILE NUMBER

SPECIFIC DATES OF CONTACT

    Source contacted on October 31, 1974, December 20, 1974, and January 2, 1975.  Source was not contacted every 30 days as source was travelling and was not available.

OUTCOME OF CASES NOT COMPLETED

    None

SUCCINCT SUMMARY OF INFORMATION FURNISHED

DOMINICK SCIALO aka;
AR
NY 92-2107

JOSEPH COLOMBO aka;
AR
NY 92-1965

JOSEPH BRANCATO aka;
AR
NY 92-3189

*179-1996—*

    On October 31, 1974, source advised regarding the body found buried alongside DOMINICK SCIALO last month by the FBI that he heard the following story from very reliable sources:    b2 -2



b6 -1
b7C -1

NOT RECORDED
MAR 6 1975

MAR 14 1975

CLEMENTE-903

7

The individual murdered was named (First Name
Unknown)(FNU) COCCHIO, a kid who was murdered about 10 years
ago at the request of JUNIOR PERSICO to JOE COLOMBO who
ordered the hit.  Source heard that COCCHIO apparently had
killed a relative of PERSICO in a bar fight.  COCCHIO was
grabbed off the street in Bay Ridge by NICK BIANCO and
GREGORY SCARPA who administered a severe beating to COCCHIO.
COCCHIO was then taken to the garage adjacent to JOE IANNACI's
residence on Bay 10th Street, Brooklyn, where source heard
he was killed by DUKE SANTORO with one bullet in the head.
The body was put back in BIANCO's car and delivered to
PERSICO's crew downtown, who in turn apparently buried the
body in the basement of the social club. (New York City Police
Department (NYCPD) advised of identity of body).

b6 -2<br>b7C -2

Source heard that [REDACTED] recently released
from Danbury Prison is the subject of a sit down between
CHARLIE MOOSE PANARELLA, his Captain, and JIMMY BROWN FAILLA,
representing CARLO GAMBINO. [REDACTED] operation had
been taken over by GAMBINO's people while he was in prison
and [REDACTED] and PANARELLA feel that it should be returned to
the COLOMBO Family.  Source also heard that [REDACTED] was
called in by PANARELLA to explain his part in the recent
securities indictment which the FBI obtained against [REDACTED]
and others.

Source heard that TONY LA PONZINA is dealin in
swag and that MOOSE PANARELLA is pretty much staying on his
own in and around his work site in Staten Island after having
put out the word for everybody to stay away from him because
of the FBI's investigative pressure.

The word on the street is that the PERSICO faction
is "out" in COLOMBO power circles and that JOE BRANCATO
appears to be the low key figure the Family has been seeking
as a leader for several years.  MOONEY CUTRONE is back in the
fold and is assigned under [REDACTED] Source heard
also that ANDREW RUSSO is moving very big on Long Island in
many legitimate ventures and that RUSSO is quite close to JOE
BRANCATO also.

b6 -2<br>b7C -2

-2-

b6 -2
b7C -2

Source advised that a young hood nicknamed [ ] has been handling counterfeit $100 bills out of the Starlight Bar and Grill at 13th Avenue between 69th and 70th Streets, Brooklyn. Source stated this was a bar [ ] Source knows of no further specifics with regard to this operation.

(Above was disseminated to United States Secret Service, November 4, 1974, by the writer.)

On January 2, 1975, source stated that ALLIE BOY PERSICO spends quiet drinking evenings in the Regis Room of the St. Regis Hotel in Manhattan where he claims no one "knows" him.

Source stated several COLOMBO membe s "have the feeling" that JOE YACOVELLI is definitely influencing family policies although remaining in the background. It is an La Cosa Nostra (LCN) axiom, according to source, that a member retires or gives up his position as Consigliere he cannot be reinstated.

Source advised further that GEORGE TROPIANO was attempting to get approval from Acting Boss JOE BRANCATO to have a "witness" hit.

b6 -2
Informant advised he heard that CHARLIE "MOOSE" b7C -2 PANARELLA had a Christmas party for his entire crew one night the week of December 15, 1974, between 6-10 PM at the Casa Storta Restaurant in Brooklyn. ALPHONSE PERSICO attended with some of his crew. Both "goodfellos" and associates attended this almost purely social gathering. JOE GENTILE, ERNIE and TONY LA PONZINA were not present citing the ongoing Internal Revenue Service (IRS) trial in Federal Court. PAPA DICK FUSCO did not attend. Two former underlings of MIMI SCIALO who are now with PANARELLA attended by the names of [ ] (phonetic)(ph) and [ ] a bookmaker (who was involved in the COLOMBO numbers case 182-120 according to source).

-3-

9

ET AL;
RICO
NY 183-238

On December 20, 1974, source advised that
are still active in backing X rated films.  Source
stated                                                     and JOE LANE are
actively involved in promoting a film called
Source advised that CHARLES "MOOSE" PANARELLA is getting an
end from any profits that the GENTILE group may derive.  In-
formant heard the above three are attempting to force the
legitimate owners or producers of the above film to sell part
or all of their interest.  They feel they can persuade other
COLOMBO members,                                      to back their venture
and to use their influence in the business as well as their
distribution system.  Source heard further that these COLOMBO
hoods have their "in" through JOE LANE who is very close to
a wealthy widow involved in this firm.

b6 -2
b7C -2

GEORGE TROPIANO
- AR -
NY 92-2656

On December 20, 1974, source was contacted also
regarding GEORGE TROPIANO and his relationship to CHARLES
PANARELLA.  Source stated TROPIANO is very lightly regarded
and has no crew and is really in the words of source a "nothing
guy" who is not capable of directing any heavy work such as
major thefts or contract killings.

Source has been contacted on two occasions by
the alternate Agent.  He continues to be reliable and emo-
tionally stable.

Information furnished, where possible, has been
corroborated through other sources or independent investiga-
tion.

-4*-

10

26

FD-204 (Rev. 3-3-59)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

Copy to:
1-Strike Force, EDNY (COLOMBO Family)
1-USA, EDNY
1-Strike Force, SDNY
1-USA, SDNY

Report of:

Date: MAR 1 ᵨ 1975

Office: New York, New York

b6
b7C

Field Office File #: 92-2723

Bureau File #: 92-6611

Title: THOMAS DI BELLA

Character: ANTI-RACKETEERING

Synopsis:

b3

- P* -

DETAILS:

        On January 21, 1975, THOMAS DI BELLA was physically
observed at his residence, 18 Adlai Circle, Staten Island,
New York (NY), by Special Agents of the Federal Bureau of
Investigation (FBI).

        On January 28, 1975, a 1968 brown Cadillac, bearing
NY license 527 RLM, which is registered to THOMAS DI BELLA,
was observed parked outside 18 Adlai Circle, Staten Island, NY.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents
are not to be distributed outside your agency.

⊖                    ⊖

NY 92-2723

## Position Within the JOSEPH COLOMBO La Cosa Nostra (LCN) Family

On Thursday, July 11, 1974, THOMAS DI BELLA was ob-
served meeting with ANTHONY ABBATEMARCO, SAL ALBANESE, JOSEPH
BRANCATO, CARMINE "Tutti" FRANZESE and [          ] at the        b6
Hofbrau Restaurant on Fourth Avenue, Brooklyn, NY. The meeting   b7C
took place from approximately 1:00 P.M. through 2:15 P.M.

Reliable informants have reported that THOMAS DI BELLA
is currently the boss of the JOSEPH COLOMBO LCN Family, ANTHONY
ABBATEMARCO is currently the underboss, and JOSEPH BRANCATO is
acting boss in place of DI BELLA, while the latter is incarcerated.

b3

- 2 -

27

FD-36 (Rev. 5-22-64)

FBI

Date:  4/18/75

Transmit the following in _____
                              (Type in plaintext or code)

Via ____ AIRTEL _____
                              (Priority)

TO:       DIRECTOR, FBI

FROM:     SAC, NEW YORK (70-4468) (#56)

SUBJECT:  THOMAS DI BELLA;

                                    - VICTIM
          CGR - ATTEMPTED MURDER
          (OO: NY)

          Captioned victim is confessed murderer of EMANUEL
GAMBINO, nephew of CARLO GAMBINO, boss, GAMBINO LCN family.
Subject, DI BELLA, is boss of the JOSEPH COLOMBO LCN
family.

          On 11/26/74, victim was poisoned allegedly by
captioned subject while all were incarcerated at Federal
House of Detention, West Street, Manhattan, New York. In
addition to [          ] has
recently come forward and indicated that he has information
concerning this matter. During interview, [          ] has advised
that he saw THOMAS DI BELLA pass a phial of poison to
[          ] who, thereafter, assisted by [          ], placed
the poison in hot chocolate which was subsequently consumed
by [          ] is currently testifying for the State
of New Jersey and DEA concerning the [          ] narcotic network.
[          ] at one time, was the South American connection for
the importation of large quantities of narcotics into the
United States.)

(3)- Bureau
     (1 - 92-6611)
  1 - New York (92-2723)
  1 - New York

SFJ:kbm
(6)

Approved: _____   Sent _____ M  Per _____
          Special Agent in Charge

FD-302 (REV. 11-27-70)

**1.**

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___4/21/75___

[_____] was interviewed at the office of
Organized Crime Strike Force, Southern District of New York,
New York, New York. He was advised of the identity of the
interviewing agents and that he was being questioned concerning
the attempt made to poison him which occurred at the Federal
House of Detention, West Street, New York, New York, on the evening
of November 23, 1974. Also present during the interview was
Special Attorney [_____] Strike Force, Department of
Justice, Southern District of New York.

[_____] advised that during the period of the incident
in question, the following individuals were incarcerated in the
Maximum Security Wing of the Federal House of Detention:

Section C-1 housed THOMAS DI BELLA, [_____], and
[_____]

b6
b7C

Housed in Section C-2 was [_____] (Last Name
[_____]

Section C-3 housed [_____] two
black males whose names [_____] could not recall, and a Jewish
kid who had a deformed leg.

Section C-4 housed [_____] (PH), and other individuals
whom [_____] could not recall.

[_____] stated that it was known throughout the facility
that THOMAS DI BELLA was the boss of the JOSEPH COLOMBO La Cosa
Nostra (LCN) Family, and that [_____] had some criminal ties
to DI BELLA. [_____] stated that his relationship with DI BELLA
was casual, but that there was no hostility exhibited toward him
until a week prior to the poisoning incident. He stated that at
that time DI BELLA stopped conversation entirely with him [_____],
and he behaved in a manner which led [_____] to believe that DI BELLA
wanted nothing more to do with him. [_____] advised that in addition
to DI BELLA, other individuals on the wing also behaved cruelly
toward him [_____] during his last week there. He advised that

Interviewed on __4/16/75__ at __New York, New York__   File # __NY 70-4468__

by __SAS [_____] /SRJ/dm__   Date dictated __4/21/75__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

17

OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27    5010—106

UNITED STATES GOVERNMENT

# *Memorandum*

TO    : SAC                          DATE: OCT 14 1975

b6
b7C
b7D

FROM  : SA [          ] (#52)

SUBJECT: *Former* [          ]

| Dates of Contact | 10/8/75 |
|---|---|

File #s on which contacted (Use Titles if File #s not available or when CI provides positive information)

92-1965

Purpose and results of contact

☐ NEGATIVE      THE FOLLOWING INFORMATION IS SINGULAR IN
☒ POSITIVE      NATURE AND SHOULD NOT BE DISSEMINATED.
☐ STATISTIC

    On 10/8/75, former [          ] provided the
following organizational structure of the COLOMBO LCN family.
He cautioned that the hierarchy is in a state of flux.

b6
b7C
b7D

| Boss | TOMMY DI BELLA |
|---|---|
| Underboss | ANTHONY ABBATEMARCO |
| Consigliere | ALPHONSE PERSICO |
| | |
| Captain | JOE BRANCATO |
| | ANTHONY PERAINO |
| | JOE PERAINO |
| | SAM NASTASI |

☐ POSITIVE ASSIGNMENT GIVEN

Has informant shown any indication of emotional instability, unreliability or
furnishing false information?    No

☒ Informant certified that he has furnished all information obtained by him
since last contact, including information concerning narcotics.

Coverage
92-3196-636

PERSONAL DATA
1-92-1965
(1)

56

92-3196

#56