```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :
                                          :   85-CR-139 (KTD)
                                          :
         -v-                              :
                                          :   ORDER TO RESPOND
CARMINE PERSICO,                          :
                                          :
                    Defendant.            :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 17, 2015

**KEVIN THOMAS DUFFY, U.S.D.J.:**

This case has been reassigned to Judge Kevin Thomas Duffy, and the Court is in receipt of Defendant Carmine Persico's motion pursuant to Fed. R. Crim. P. 35(a), dated July 13, 2015 (the "Motion").

It is ORDERED that the Government shall respond to the Motion within twenty-one (21) days of the date of this Order.

**SO ORDERED:**

_____
KEVIN THOMAS DUFFY
United States District Judge

Dated:    New York, New York
          July 17, 2015