**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 6, 2015
```

**BY HAND DELIVERY**

The Honorable Kevin Thomas Duffy
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Carmine Persico*, 85 Cr. 139 (KTD)

Dear Judge Duffy:

On July 13, 2015, Carmine Persico filed a motion pursuant to Federal Rule of Procedure 35(a) to vacate his sentence on the grounds that, *inter alia*, his sentence is substantively unreasonable under the Sixth Amendment, illegal under the Due Process Clause of the Fifth Amendment, and "constitutionally defective" as a result of the Government's alleged failure to disclose exculpatory information. On July 17, 2015, the Court ordered the Government to respond to the motion within 21 days.

In order to permit the Government to address various factual claims in Persico's motion, <u>the Government respectfully requests an extension of time to respond to the motion of 30 days, until September 8, 2015</u>. The records in this case are voluminous and, due to the passage of time, are kept off-site. The Government has not previously requested an extension of time. Anthony DiPietro, counsel for Carmine Persico, has consented to this request for extension of time.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Matthew D. Podolsky
Matthew D. Podolsky
Assistant United States Attorney
(212) 637-1947

```
Request granted.  The
Government's response is
due on September 8, 2015.

SO ORDERED.
```

cc:   Anthony DiPietro
      Law Office of Anthony DiPietro
      15 Chester Avenue
      White Plains, New York  10601

Dated:   New York, New York
         August 6, 2015

/s/ Kevin Thomas Duffy
KEVIN THOMAS DUFFY
United States District Judge